**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6656**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

TERRY DONNELL JOHNSON,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., Chief District Judge.  (3:05-cr-00003-RJC-DCK-1)

_____

Submitted:  June 19, 2008              Decided:  July 9, 2008

_____

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Terry Donnell Johnson, Appellant Pro Se.  Karen S. Marston, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Donnell Johnson appeals the district court's order denying his 18 U.S.C. § 3582 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Johnson</u>, No. 3:05-cr-00003-RJC-DCK-1 (W.D.N.C. Apr. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>